# United States Court of Appeals
## For the First Circuit

No. 20-2004

UNITED STATES,

Appellee,

v.

LUIS ALFREDO FLORENTINO-ROSARIO,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on December 2, 2021, is amended as follows:

On page 12, line 5, please insert a colon after "Code"